OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

10/23/2015
SKEELS, JERE MICHAEL   Tr. Ct. No. 2-07-144-A          WR-84,079-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

UTF
Discharged

JERE MICHAEL SKEELS
GOREE UNIT - TDC # 1434959
7405 HWY 75 SOUTH
HUNTSVILLE TX 77344

U TF